OPINION — AG — THOSE PROVISIONS OF HOUSE BILL NO. 534 WHICH RELATES TO THE LEASING OF GRAZING LANDS OWNED BY THE STATE OF OKLAHOMA SHOULD BE TREATED AS CONSTITUTIONAL, UNLESS AND UNTIL THE SUPREME COURT OF THE STATE OF OKLAHOMA SHALL HOLD OTHERWISE. (ENABLING ACT, RENTALS, TRUST ESTATE) CITE: 64 O.S.H. 86.1, ARTICLE VI, SECTION 32, ARTICLE XI, SECTION 1 (JAMES C. HARKIN)